No. 94–8904. JONES *v.* ROADWAY EXPRESS, INC. C. A. 11th Cir. Certiorari denied.

No. 94–8908. JONES *v.* YOUNG, WARDEN. Ct. Crim. App. Okla. Certiorari denied.

No. 94–8909. MOORE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 94–8910. MCARTHUR *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 94–8914. ADAMS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–8916. JAVIDI *v.* KAISER PERMANENTE MEDICAL GROUP, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8917. SYLVIS *v.* WILSON, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8922. BRECHEEN *v.* REYNOLDS, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 94–8927. JONES ET AL. *v.* NORTH WOODLAND HILLS COMMUNITY ASSN. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 94–8928. NWANZE *v.* WOODY ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8934. BROWN *v.* PERRIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–8938. HAYS *v.* ARENDS ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8947. ROSE *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–9002. MARTIN *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–9043. ROBINSON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.